IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HOLLANDA CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:19-cv-00093 |
| ) | |
| ANDREW M. SAUL, ) | JUDGE CAMPBELL |
| Commissioner of Social Security, ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23), which was filed on January 14, 2021. Through the Report and Recommendation, the Magistrate Judge finds the decision of the Social Security Administration denying Plaintiff's claim for benefits is supported by substantial evidence, and recommends Plaintiff's Motion For Judgment on the Administrative Record (Doc. No. 16) be denied. The Report advised the parties that any objections must be filed within 14 days of service. On January 19, 2021, Plaintiff filed a motion (Doc. No. 24) requesting an extension to time, until February 27, 2021, in which to file objections. By Order (Doc. No. 25) entered that same day, the Court extended the deadline for objections until February 19, 2021. As of the date of this Order, however, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, the decision of the Social Security Administration is **AFFIRMED**, and Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED**.

This action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE